ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**
SEP 2 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
CHANGHSI KUO ) Case No. 08-50881 SLJ
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497145 for an unclaimed dividend in the amount of $148.70. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    Claim # 1    WASHINGTON MUTUAL BANK
                      P O BOX 44090
                      JACKSONVILLE, FL 32231-4090

Dated: September 20, 2011              _/s/ Alexandra DeLateur for_
                                          DEVIN DERHAM-BURK, TRUSTEE